

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

KENNETH A. NOVIKOFF
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 18, 2023

**VIA ELECTRONIC MAIL**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Room 1920
New York, New York 10007

Re: Orin Bazilio v. Eliantte Group Inc. d/b/a Eliantte & Co.
Docket No.: 23-cv-07466-JLR

Your Honor:

The law firm of Rivkin, Radler LLC represents Defendant Eliantte Group, Inc.d/b/a Eliantte & Co., ("Defendant") in the above referenced action. Attached please find the Stipulation executed by counsel for the respective parties extending the time to answer and/or move against the Complaint from the original date of September 18, 2023 to October 6, 2023. The parties respectfully request Your Honor to So Order this Stipulation.

Respectfully submitted,

*Kenneth A. Novikoff*

Kenneth A. Novikoff

The request is GRANTED. Defendant shall respond to the Complaint by **October 6, 2023**.

Dated: September 19, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

7723152.v1